No. 29. Hernández v. El Juez de la Corte de Distrito de Mayagüez.—Solicitud para que se expida acto de *certiorari*. Resuelto en junio 29, 1907. Denegada la solicitud. Abogado del peticionario: *Sr. Texidor*.

———

No. 125. *Bis*.—Pérez v. El Juez de Paz de Comerío.—Solicitud para que se expida auto de *mandamus*. Resuelto en junio 29, 1907. Denegada la solicitud por los fundamentos del caso de *Negrón et al.* v. *El Superintendente de Elecciones*. Resuelto en noviembre 5, 1906. Abogado del peticionario: *Sr. Benítez Castaños*.

———

No. 128. Fernández v. El Juez de la Corte de Distrito de San Juan, Sección 2ª.—Solicitud para que se expida auto de *mandamus*.—Resuelto en julio 29, 1907. Denegada la solicitud. Abogado de la peticionaria: *Sr. López Landrón*.

———

No. 16. Ex parte Manso.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en julio 31, 1907. Denegada la solicitud. Abogado del peticionario: *Sr. Figueroa Maestre*.

———

No. 16. Delgado v. El Registrador de la Propiedad de Mayagüez.—Recurso gubernativo contra nota denegatoria de inscripción. Desistido en agosto 2, 1907. Recurrente: *la recurrente per se*.

———

No. 17. Ex parte Sifonte.—Solicitud para que se expida mandamiento de *habeas corpus*. Resuelto en agosto 15, 1907. Denegada la solicitud. Abogado del peticionario: *Sr. José Guzmán Benítez*.